1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Lisa C. Cartier Giroux
4  Assistant United States Attorneys
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 0 7 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDUARDO GONZALEZ-RODRIGUEZ, and
JOSE ANTONIO GUZMAN-GARCIA,

        Defendants.

INDICTMENT    4:24-cr-06031-MKD

21 U.S.C. § 846
Conspiracy to Distribute Fentanyl and Cocaine
(Count 1)

21 U.S.C. § 841(a)(1), (b)(1)(A)(vi),
18 U.S.C. § 2
Possession with Intent to Distribute 400 Grams or More of Fentanyl
(Count 2)

21 U.S.C. § 853
Forfeiture Allegation

The Grand Jury charges:

INDICTMENT – 1

## COUNT 1

Beginning on a date unknown, and continuing to on or about November 2, 2024, in the Eastern District of Washington and elsewhere, the Defendants, EDUARDO GONZALEZ-RODRIGUEZ and JOSE ANTONIO GUZMAN-GARCIA, and other individuals both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree together with each other to commit the following offenses, to wit: Distribution of 400 Grams or More of a Mixture or Substance Containing a Detectable Amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi); and Distribution of a Mixture or Substance Containing a Detectable Amount of Cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C); all in violation of 21 U.S.C. § 846.

## COUNT 2

On or about November 2, 2024, in the Eastern District of Washington, the Defendants, EDUARDO GONZALEZ-RODRIGUEZ and JOSE ANTONIO GUZMAN-GARCIA, knowingly possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and 18 U.S.C. § 2.

INDICTMENT – 2

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendants, EDUARDO GONZALEZ-RODRIGUEZ and JOSE ANTONIO GUZMAN-GARCIA, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

///

///

///

INDICTMENT – 3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this __7__ day of November, 2024.

A TRUE BILL

*Vanessa Waldref* (signature)
Vanessa R. Waldref
United States Attorney

*Lisa* (signature)
Lisa C. Cartier Giroux
Assistant United States Attorney

INDICTMENT – 4